COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:　　　Oscar Axcel Duron v. The State of Texas

Appellate case number:　　01-18-00376-CR

Trial court case number:　　1507865

Trial court:　　　　　　　　176th District Court of Harris County

After we abated this appeal and remanded the case to the trial court, the trial court appointed new counsel to represent appellant on appeal. We reinstated the case on the Court's active docket and directed counsel to file (1) an amended brief on appellant's behalf or (2) a motion to adopt the "Analysis of the Appellate Record in Accordance with *Anders v. California*," filed in this appeal on January 2, 2019, along with a motion to withdraw that complied with Texas Rule of Appellate Procedure 6.5 no later than May 2, 2019. Appellant has filed a motion for an extension of time. The motion is **granted**.

**No later than July 15, 2019,** counsel is directed to file (1) an amended brief on appellant's behalf or (2) a motion to adopt the "Analysis of the Appellate Record in Accordance with *Anders v. California*," filed in this appeal on January 2, 2019, along with a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5. TEX. R. APP. P. 6.5, 38.6(d). No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
　　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: ___June 20, 2019_____

1